# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  **v.**                      **CRIMINAL NO. 1:16CR08-01**
                                   **(Judge Keeley)**

**JEFFREY MOTLEY,**

      **Defendant.**

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 49) AND SCHEDULING SENTENCING HEARING

On March 30, 2016, the defendant, Jeffrey Motley ("Motley"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of guilty to Count Ten of the Indictment. After Motley stated that he understood that the magistrate judge is not a United States District Judge, he consented to tendering his plea before the magistrate judge. Previously, this Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Motley's statements during the plea hearing and the testimony of Sgt. John Rogers, West Virginia State Police, the magistrate judge found that Motley was competent to enter a plea, that the plea was freely and voluntarily given, that he was aware

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN
FELONY CASE (DKT. NO.49) AND SCHEDULING SENTENCING HEARING**

of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea. On March 30, 2016, the magistrate judge entered a Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 49) finding a factual basis for the plea and recommending that this Court accept Motley's plea of guilty to Count Ten of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Motley's guilty plea, and **ADJUGES** him **GUILTY** of the crime charged in Count Ten of the Indictment.

Pursuant to Fed. R. Crim. P. 11(e)(2) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

**USA v. MOTLEY**                                           **1:16CR08-01**

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN
FELONY CASE (DKT. NO.49) AND SCHEDULING SENTENCING HEARING**

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1.  The Probation Officer shall undertake a presentence investigation of Motley and prepare a presentence report for the Court;

2.  The Government and Motley are to provide their versions of the offense to the probation officer by **April 28, 2016**;

3.  The presentence report is to be disclosed to Motley, defense counsel, and the United States on or before **June 27, 2016**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4.  Counsel may file written objections to the presentence report on or before **July 11, 2016;**

5.  The Office of Probation shall submit the presentence report with addendum to the Court on or before **July 25, 2016**; and

6.  Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the factual basis from the statements or motions, on or before **August 8, 2016.**

**USA v. MOTLEY**                                                    **1:16CR08-01**

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN
FELONY CASE (DKT. NO.49) AND SCHEDULING SENTENCING HEARING**

The magistrate judge remanded Motley to the custody of the United States Marshal Service.

The Court will conduct the sentencing hearing for the defendant on **Thursday, August 18, 2016,** at **10:00 A.M.**, at the **Clarksburg, West Virginia**, point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the defendant and all appropriate agencies.

DATED: April 14, 2016

                                                /s/ Irene M. Keeley
                                                IRENE M. KEELEY
                                                UNITED STATES DISTRICT JUDGE